**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHENGQIU LIANG,<br><br>                                    Petitioner,<br><br>        v.<br><br>KRISTI NOEM, Secretary of the U.S. Department of Homeland Security, in her official capacity; PAMELA BONDI, Attorney General of the United States, in her official capacity; TODD M. LYONS, Acting Director of U.S. Immigration and Customs Enforcement, in their official capacity; ERNESTO SANTACRUZ, JR., Los Angeles ICE Field Office Director, in their official capacity; PATRICIA M. COLBERT, Warden of Imperial Regional Detention Facility CA, in their official capacity,<br><br>                                    Respondents. | Case No.:  26cv1826 DMS MSB<br><br>**ORDER REQUIRING RESPONSE** |

On March 23, 2026, Petitioner filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. Respondents shall file their response to the Petition on or before **April 6, 2026**. Petitioner shall file his reply on or before **April 9, 2026**. Unless the Court orders otherwise, the matter will be submitted on the papers without oral argument.

To maintain the status quo, Respondents, their officers, agents, servants, employees, attorneys, and other persons who act in concert or participation with Respondents **MUST NOT** transfer Petitioner outside the Southern District of California pending the Court's resolution of the Petition. *See Doe v. Bondi*, Case No.: 25-cv-805-BJC-JLB, 2025 WL 1870979 at *1 (S.D. Cal. June 11, 2025) ("Federal courts retain jurisdiction to preserve the status quo while determining whether [they have] subject matter jurisdiction over a case and while a petition is pending resolution from the court.") (collecting cases).

**IT IS SO ORDERED**.

Dated:  March 30, 2026

_____
Hon. Dana M. Sabraw
United States District Judge

26cv1826 DMS MSB