**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

SHENGQIU LIANG,

Petitioner,

v.

KRISTI NOEM; et al.,

Respondents.

Case No. 26-cv-1826-DMS-MSB

**ORDER GRANTING EX PARTE MOTION TO VACATE ORDER TO SHOW CAUSE AND LIFT STAY OF TRANSFER**

The Court has reviewed Respondents' ex parte motion to vacate order to show cause and lift stay of transfer. Good cause appearing, the Court GRANTS the motion. Accordingly, IT IS HEREBY ORDERED:

1. The Court's Order, ECF No. 3, is VACATED; and
2. Respondents are *not* precluded from removing Petitioner during the pendency of this habeas action.

Dated: July 16, 2026

Hon. Dana M. Sabraw
United States District Judge